154 So.2d 200 (1963)
PAN-AMERICAN LIFE INSURANCE COMPANY, Appellant,
v.
Marie LORIDO, Appellee.
No. 62-624.
District Court of Appeal of Florida. Third District.
May 14, 1963.
Rehearing Denied May 29, 1963.
Dixon, DeJarnette, Bradford, Williams, McKay & Kimbrell, Miami, for appellant.
Ray A. Munson, Miami, for appellee.
Before PEARSON, TILLMAN, C.J., and HORTON and HENDRY, JJ.
PER CURIAM.
Affirmed on the authority of Pan American Life Insurance Co. v. Recio, Fla.App. 1963, 154 So.2d 197.